IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ANNA MELIS,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-04201

Judge Charles P. Kocoras

Magistrate Judge Jeffrey Cole

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 2 | NaRHbrg Fashion |
| 3 | PLzegus |
| 4 | chengyunnan |
| 11 | FGQuelle |
| 13 | OrangeChen |
| 18 | ★★★★★2025TRENDYCLOTH |
| 21 | JIOEEH |
| 23 | Black Friday Christmas Winter season zwhy |
| 24 | iSeeFlowers |
| 25 | WANWANBABY |
| 26 | Huakai Trade |
| 27 | XEDZYT Clothing |
| 31 | Japea |
| 34 | Mysterious power |
| 35 | Couture Carousel |
| 43 | Happy Childhood Fun |
| 45 | Xiao RI Local |
| 46 | ideaT local |
| 51 | HNHJ |
| 54 | CHEERFUL GIRLS |

| | |
|---|---|
| 55 | Feifan design |
| 59 | Black spider |
| 65 | Mercury Ni Shower Curtain House |
| 72 | AGUMEDA |
| 73 | PULLYsss |
| 74 | RICHDUODUO |
| 83 | Tour De Force |
| 92 | NBS SHOP |
| 99 | YIY diamond painting |
| 101 | Angle KaKa |
| 103 | Elegant Daina |

DATED: May 22, 2025          Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on May 22, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                           */s/ Keith A. Vogt*
                                           Keith A. Vogt